# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Reza et al

       Plaintiff,

v.

Yahoo! Inc.

       Defendant.

Case No. 13CV0071-JLS-BGS

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:     "Low-Numbered Case No.:    13CV0041-GPC-WVG

       Title:    Sherman v. Yahoo! Inc.

       Nature of Case:    890 Other Statutory Actions

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☐ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessay duplication of labor if heard by different judges. |

**New Case #:**    13CV0071-GPC-WVG

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.,** Clerk of Court,

Dated:    3/8/13             By: s/ J. Ortiz

                                                                                       J. Ortiz, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:    03/14/13

                                                                  Gonzalo P. Curiel
                                                        United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Gonzalo P. Curiel and Magistrate Judge William V. Gallo for all further proceedings.

Dated:    3/22/13

                                                                   Janis L. Sammartino
                                                                   United States District Judge