Daniel R. Forde (248461)
dforde@hoffmanforde.com
**HOFFMAN & FORDE, ATTORNEYS AT LAW**
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Telephone: (619) 546-7880
Facsimile: (619) 546-7881

Attorneys for Plaintiffs,
Raquel Reza and Shafiq Memon

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL REZA and SHAIF MEMON, INDIVIDUALLY AND ON BEHLAF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br>v.<br>YAHOO! Inc., A DELAWARE CORPORATION,<br>        Defendant. | **Case No: 13-CV-0071-GPC(WVG)**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**HON. GONZALO P. CURIEL** |

    Plaintiffs **RAQUEL REZA AND SHAIF MEMON,** (hereinafter "Plaintiffs") and Defendant **YAHOO! INC., A DELAWARE CORPORATION,** (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action without prejudice.

The Parties agree that this Court can proceed to dismiss this action entirely without prejudice.

Dated: April 17, 2013          **HOFFMAN & FORDE**

      /s/ Daniel R. Forde_____
Daniel R. Forde
Attorney for Plaintiff


Dated: April 17, 2013          **Greenberg Traurig, LLP**

      /s/ Wendy Michelle Mantell_____
Wendy Michelle Mantell
Attorney for Defendant


### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Wendy Michelle Mantell, counsel for Defendant, and that I have obtained Ms. Mantell's authorization to affix her electronic signature to this document.

Dated: April 17, 2013          **HOFFMAN & FORDE**

      /s/ Daniel R. Forde_____
Daniel R. Forde
Attorney for Plaintiff

1
2
## PROOF OF SERVICE
3

    I am a resident of the State of California, over the age of eighteen years, and not a party
to the within action.  My business address is 3033 5th Ave., Suite 225, San Diego, CA 92103.
On April 17, 2013, I served the within document(s):

5
### JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE
6

☐      FACSIMILE - by transmitting via facsimile the document(s) listed above to the
fax number(s) set forth on the attached Telecommunications Cover Page(s) on
this date before 5:00 p.m.

8
☐      MAIL - by placing the document(s) listed above in a sealed envelope with
postage thereon fully prepaid, in the United States mail at Santa Ana, California
addressed as set forth below.

10
☐      PERSONAL SERVICE - by personally delivering the document(s) listed above
to the person(s) at the address(es) set forth below.

11
☐      OVERNIGHT COURIER - by placing the document(s) listed above in a sealed
envelope with shipping prepaid, and depositing in a collection box for next day
delivery to the person(s) at the address(es) set forth below via.

13
☒      CM/ECF - by transmitting electronically the document(s) listed above to the
electronic case filing system on this date before 5:00 p.m.  The Court's CM/ECF
system sends an e-mail notification of the filing to the parties and counsel of
record who are registered with the Court's CM/ECF system.

16
     I am readily familiar with the firm's practice of collection and processing correspondence
for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
meter date is more than one day after date of deposit for mailing in affidavit.

19
     I declare under penalty of perjury under the laws of the State of California that the above
is true and correct.  Executed on April 17, 2013, at San Diego, California.

21
22
                             ___ /s/ Daniel R. Forde___
                             DANIEL R. FORDE